UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

| CONTINENTAL CASUALTY COMPANY, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No. 2:16-CV-1289 |
| v. | ) ) | |
| ATACO STEEL PRODUCTS CORPORATION, THE AMERICAN INSURANCE COMPANY, NORTHWESTERN NATIONAL CASUALTY COMPANY, ST. PAUL TRAVELERS INSURANCE COMPANY, and UNITED STATES FIDELITY & GUARANTY COMPANY, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

---

## NOTICE OF VOLUNTARY DISMISSAL BY CONTINENTAL CASUALTY COMPANY

---

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Continental Casualty Company hereby dismisses all of the claims asserted in its Complaint against all Defendants **without** prejudice and without costs being awarded to any party.

Dated this 3rd day of October, 2016.

MEISSNER TIERNEY FISHER & NICHOLS S.C.

By: /s/ Joseph J. Sarmiento
Michael J. Cohen
State Bar No. 1017787
mjc@mtfn.com
Joseph J. Sarmiento, Esq.
State Bar No. 098107
jjs@mtfn.com
111 East Kilbourn Avenue, 19th Floor
Milwaukee, WI 53202
Tel: (414) 273-1300

Fax: (414) 273-5840

and

Patrick T. Walsh (admission pending)
Illinois State Bar No. 6202062
pwalsh@hww-law.com
Seth M. Jaffe
Illinois State Bar No. 6294346
sjaffe@hww-law.com
HINKHOUSE WILLIAMS WALSH LLP
Two Prudential Plaza
180 North Stetson Avenue
Suite 3400
Chicago, IL 60601
Tel: (312) 784-5400
Fax: (312) 784-5499

*Counsel for Plaintiff Continental Casualty Company*